UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEPHEN WILKES,<br><br>             Plaintiff,<br><br>vs.<br><br>MESSER VENTURES, LLC, et al.,<br><br>             Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-02009-SEG |

## J U D G M E N T

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation and Defendant's motion to dismiss, and the court having adopted said recommendation and granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 15th day of November, 2022.

                                                                KEVIN P. WEIMER
                                                                 CLERK OF COURT

                                                  By:      s/ A. Edwards
                                                                      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 15, 2022
Kevin P. Weimer
Clerk of Court

By:      s/ A. Edwards
            Deputy Clerk